UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

NICHOLAS MUELLER and )
SHONTE MUELLER, )
         )
         Plaintiffs, )
         )        CIVIL NO. 3:24-cv-2321-DWD
vs. )
         )
CITY OF EAST ST. LOUIS and )
ROBERT BETTS, in his individual )        JUDGE: David W. Dugan
capacity, )
         )
         Defendants. )

**DEFENDANTS RESPONSE ON COMPLIANCE WITH COURT ORDER FOR DISCOVERY AND FEES**

        Now comes the Defendants, by and through its attorneys at Chatham & Baricevic, LLC, and for their Response states as follows.

1.     A check in the amount of $1,570.00 was mailed by the law firm of Chatham & Baricevic on July 2, 2026 to Plaintiff's attorney S. Cody Reinberg.

2.     The City of East St. Louis retained Transperfect Legal, 150 N. Michigan Ave., Suite 725, Chicago, Illinois.  The contact person at Transperfect Legal is Michael Gibbons, Director of Business Development (773) 209-0388.

3.     The City Manager of the City of East St. Louis, Robert Betts, is the person responsible for complying with the Order.

4.     The process of retrieving information from cell phones has begun as of July 1, 2026.

/S/ CHARLES J. BARICEVIC
CHARLES J. BARICEVIC #6305418
ALVIN PAULSON #6193202
Chatham & Baricevic
107 West Main Street
Belleville, Il. 62220
Phone: 618-233-2200
Fax: 618-233-1589
alvin@chathamlaw.org
cj@chathamlaw.org
Attorneys For Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing instrument was electronically filed with the Clerk of the Court and served on all parties of record via email on the 2nd day of July, 2026.

S. Cody Reinberg
HKM Employment Attorneys LLP
7382 Pershing Ave., 1W
St. Louis, MO 63130
creinberg@hkm.com
Attorney for Plaintiffs

/S/ Charles J. Baricevic

2